IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LODGE NO. 5 OF THE FRATERNAL ORDER OF POLICE, *By John McNesby, Trustee Ad Litem*, et al. | : : : : | CIVIL ACTION No. 11-3256 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 21st day of February, 2013, for the reasons set forth in the accompanying memorandum, it is ORDERED Plaintiffs' Motion for Summary Judgment (Document 28) is DENIED.

It is further ORDERED Defendants' Motion for Summary Judgment (Document 29) is GRANTED.  Judgment is entered in favor of Defendants and against Plaintiffs on all counts of the Complaint.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.